UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANTHONY ORLANDO and<br>SUZNNE ORLANDO,<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)   1:14-cv-00438-NT<br>)<br>)<br>)<br>)<br>) |

**AMENDED SCHEDULING ORDER**

After a telephone conference with the parties and upon review of the Joint Objection to Proposed Scheduling Order, (ECF No. 14), the Court grants the requested modifications of the Scheduling Order. The Court amends the Scheduling Order as follows:

Deadline for Initial Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1):  April 24, 2015

Deadline for Amendment of the Pleadings and Joinder of Parties:  May 29, 2015

Plaintiffs shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by:  April 29, 2016

Defendant shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by: May 27, 2016

If the expert is retained or specially employed to provide expert testimony in the case or the expert's duties as an employee of a party regularly involve giving expert testimony, the disclosure shall also include the other categories of information specified in Fed.R.Civ.P.

26(a)(2)(B).  All required information may, but need not, be provided in the form of a written report prepared and signed by the expert.

      Deadline to Complete Discovery: August 1, 2016

      Deadline to Identify and Produce Local Rule 44 Records: August 1, 2016

      Deadline to file Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h): August 8, 2016

      Counsel are advised that absent some excusable circumstance, discovery initiatives must be undertaken so that the response of the opposing party is filed prior to the discovery deadline.

      Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumho* Motions[1] Challenging Expert Witnesses with Supporting Memoranda: August 22, 2016

      Expected Trial Date:  This case shall be ready for trial by: December 6, 2016

      Further Matters in Aid of Disposition:  Plaintiffs shall make a written settlement demand upon Defendant by June 10, 2016.  Defendant shall respond in writing by June 24, 2016.

      All other aspects of the original Scheduling Order remain in full force and effect.

      /s/ John C. Nivison
      U.S. Magistrate Judge

Dated this 17th day of April, 2015.

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).  Such motions shall include any challenges to lack of qualifications, scope of testimony and any other issues addressed by these decisions.

2